**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THADDEUS JESSIE, ROBERT PETTY, REBECCA WYLIE and LINDA MILLER, individually on behalf of themselves and all other persons similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>DENTALCARE PARTNERS, INC., a Delaware corporation, and DENTAL ONE, INC., a Delaware corporation,<br><br>　　　　　　　　　Defendants. | )<br>)<br>)  Case No. 1:13-cv-08848<br>)<br>)  Honorable Joan B. Gottschall<br>)<br>)  Magistrate Judge Daniel G. Martin<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION FOR DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs THADDEUS JESSIE, ROBERT PETTY, REBECCA WYLIE, and LINDA MILLER and Defendant DENTAL ONE, INC. stipulate and jointly request that this Court enter an order dismissing with prejudice Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear their own costs and attorneys' fees.

**[Signatures follow on the next page.]**

D<span>ATED</span>:   July 30, 2015                                             Respectfully submitted,

By:   /s/ Colleen Grace DeRosa                    By:   /s/ Andrés J. Gallegos (*with permission*)
     One of the Attorneys for Defendant                    One of the Attorneys for Plaintiffs
     **DENTAL ONE, INC.**                                                **THADDEUS JESSIE, ROBERT PETTY,**
                                                                                                        **REBECCA WYLIE and LINDA MILLER**

Tobias E. Schlueter                                              Jennifer M. Sender
Colleen G. DeRosa                                             Robert M. Winter
**OGLETREE, DEAKINS, NASH,**                        Andrés J. Gallegos
   **SMOAK & STEWART, P.C.**                       Catherine A. Cooke
155 North Wacker Drive, Suite 4300                **ROBBINS, SALOMON & PATT, LTD.**
Chicago, Illinois 60606                                        180 North LaSalle Street, Suite 3300
*tobias.schlueter@ogletreedeakins.com*      Chicago, Illinois 60601
*colleen.derosa@ogletreedeakins.com*        *jsender@rsplaw.com*
                                                                               *rwinter@rsplaw.com*
David H. Raizman                                             *agallegos@rsplaw.com*
(*admitted Pro Hac Vice*)                                *ccooke@rsplaw.com*
**OGLETREE, DEAKINS, NASH,**
   **SMOAK & STEWART, P.C.**
400 South Hope Street, Suite 1200
Los Angeles, California 90071
*david.raizman@ogletreedeakins.com*